```
                IN THE UNITED STATES DISTRICT COURT
              FOR THE WESTERN DISTRICT OF PENNSYLVANIA
```

EQUAL EMPLOYMENT OPPORTUNITY    )
COMMISSION,                      )
        Plaintiff,                )
                                  )
    v.                            )   Civil Action No. 07-1304
                                  )
VERIZON COMMUNICATIONS, INC.,    )
        Defendant.                )

## **ORDER**

AND NOW, this 5th day of December, 2008, IT IS HEREBY ORDERED that jury selection and trial in the instant case, scheduled for December 15, 2008, is hereby rescheduled to Tuesday, January 20, 2009 at 9:30 a.m..

                                BY THE COURT:

                                s/Gary L. Lancaster        , J.
                                Hon. Gary L. Lancaster,
                                United States District Judge

cc:   All Counsel of Record