IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) |
| Plaintiff, | ) ) Civil Action No. 07-01304 |
| v. | ) ) Judge Gary L. Lancaster |
| VERIZON COMMUNICATIONS, INC., | ) ) **ELECTRONIC FILING** |
| Defendant. | ) ) |

## ORDER

AND NOW, this __ day of March, 2009, upon stipulation of the parties, it is hereby ORDERED that the above-captioned action be dismissed with prejudice, with each party to bear its own costs, expenses and attorneys' fees. The Court shall retain jurisdiction over any disputes arising out of this Settlement Agreement.

_____
Lisa Hernandez (PA ID No. 87634)
Equal Employment Opportunity Commn.
William F. Moorehead Federal Building
1000 Liberty Avenue, Suite 1112
Pittsburgh, PA 15222

Counsel for Plaintiff

_____
Catherine S. Ryan (PA ID No. 78603)
Reed Smith LLP
435 Sixth Avenue
Pittsburgh, PA 15219

Counsel for Defendant

BY THE COURT:

_____
United States District Judge